In the Matter of DENIS R.R., Appellant, v BARBARA A.R., Respondent. [825 NYS2d 651]—Appeal from an order of the Family Court, Lewis County (Charles C. Merrell, J.), entered September 28, 2005 in a proceeding pursuant to Family Court

Act article 6. The order modified a prior order of custody and visitation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski and Pine, JJ.